# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TONI CONRAN, individually and as Trustee of the CONRAN FAMILY TRUST, on behalf of herself and all others similarly situated<br><br>        Plaintiff,<br>  v.<br><br>RAYMOND JAMES FINANCIAL, INC., RAYMOND JAMES FINANCIAL SERVICES ADVISORS, INC., and RAYMOND JAMES FINANCIAL SERVICES, INC.,<br><br>        Defendants. | Case No. 2:24-CV-00780-SPC-KCD |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the attorney listed below, Matthew L. Dameron, will serve as Lead Counsel for Plaintiff Toni Conran, in the above-captioned action:

>Matthew L. Dameron
>WILLIAMS DIRKS DAMERON LLC
>1100 Main Street, Suite 2600
>Kansas City, Missouri 64105
>Telephone: (816) 945-7110
>Facsimile: (816) 945-7118
>matt@williamsdirks.com
>(admitted *pro hac vice*)

1

DATED: September 6, 2024                    Respectfully submitted,

/s/ Matthew L. Dameron
Matthew L. Dameron (admitted *pro hacvice*)
Clinton J. Mann (admitted *pro hac vice*)
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7110
Facsimile: (816) 945-7118
matt@williamsdirks.com
cmann@williamsdirks.com

Juan P. Bauta II FL Bar No.: 894060
**SIMMONS HANLY CONROY LLP**
One Court Street Alton, IL 62002
Telephone: (618) 259-2222
Facsimile (618) 259-2251
jbauta@simmonsfirm.com

Thomas I. Sheridan, III
Sona R. Shah
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue
New York, NY 10016 Telephone:
(212) 784-6404 Facsimile:
(212) 213-5949
tsheridan@simmonsfirm.com
sshah@simmonsfirm.com

Bruce D. Oakes (admitted *pro hac vice*)
Richard B. Fosher (admitted *pro hac vice*)
**OAKES & FOSHER, LLC**
1401 Brentwood Boulevard, Suite 250
Saint Louis, Missouri 63144
Telephone:   (314) 804-1412
Facsimile:   (314) 428-7604
boakes@oakesfosher.com
rfosher@oakesfosher.com
***Counsel for Plaintiff and Proposed Class***